

## NUMBER 13-04-00001-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JIMMY GARCIA,                                                    Appellant,

v.

LA PALETERA FRANCHISE SYSTEMS,
INC. AND EMERITA SALAZAR,                                        Appellees.

### On appeal from the 24th District Court
### of Victoria County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on May 13, 2004, due to the bankruptcy of

one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.

Since the abatement there has been no activity in this appeal. On January 15, 2009, the

Court ordered the parties to file an advisory regarding the status of the appeal and, if

applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. The order notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and filed
this the 26th day of February, 2009.